LAW OFFICES

# O'CONNOR KIMBALL, LLP

**THOMAS J. GREGORY**
tgregory@okllp.com

TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

June 15, 2023

The Honorable Karen S. Marston
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**    *Richard Hightower v. City of Philadelphia; City of Philadelphia Department of Prisons, Curran-Fromhold Correctional Facility, et al.*
**U.S. District Court, Eastern District of PA, Docket No. 21-CV-4075**
**Our File No. 210-2177**

Dear Judge Marston:

As you know, I represent Corizon Health Inc. and Nurse Danielle McGettigan in the above referenced matter, on which counsel and the court have had recent conferences. Those conferences were related to the bankruptcy of my corporate client and the impact of the stay upon non-bankrupt parties. As you will recall, among the matters discussed was the potential for the outright dismissal of my clients by the plaintiff.

The plaintiff has now agreed to such a proposal and filed a motion seeking an order dismissing Corizon and Nurse McGettigan. (The suit names Anthony Matthews, RN as a defendant, but Nurse Matthews passed away prior to the initiation of the action.)

This is to advise Your Honor that, obviously, my clients concur in the motion, although we will not be filing any sort of formal response. Thank you for your anticipated order granting the plaintiff's motion.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc:    Mark Rafferty, Courtroom Deputy (via email: Mark_Rafferty@paed.uscourts.gov)
       Colin Burke, Esquire (via email: Mark_Rafferty@paed.uscourts.gov)
       Danielle Rosenthal, Esquire (via email: danielle.rosenthal@phila.gov)