IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD HIGHTOWER**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-4075-KSM** |

## ORDER

**AND NOW**, this 22nd day of December 2023, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 55), Plaintiff's response (Doc. No. 59), and Defendants' Reply (Doc. No. 62), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendants' motion is **GRANTED** in its entirety.  Plaintiff's claims against Defendants are **DISMISSED with prejudice.**

2. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.